UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LAURELS OF THE LAKE ORION, LLC
and C. LANE MALLY, LLC,

    Plaintiff,

v.                                  Case No. 19-11543

FIRST NATIONAL ORION LOAN, LLC,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's Opinion and Order dated April 14, 2020 (ECF No. 26),

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant First National Orion Loan, LLC and against Plaintiffs Laurels of the Lake Orion, LLC and C. Lane Mally, LLC. Dated at Detroit, Michigan, this 10th of August, 2020.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                  BY:    <u>S/Lisa Wagner</u>
                              Lisa Wagner
                              Case Manager and Deputy Clerk to
                              Judge Robert H. Cleland
                              (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-11543.LAURELSOFTHELAKE.judgment.HEK.docx