**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

LAURELS OF THE LAKE ORION, LLC
and C. LANE MALLY, LLC,

    Plaintiffs,

v.                                                  Case No. 19-11543

FIRST NATIONAL ORION LOAN, LLC,

    Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE**
**DEFENDANT'S REQUEST TO SEIZE PROPERTY**

    Defendant First National Orion Loan has filed a "Request and Order to Seize Property" (ECF No. 45) to satisfy an outstanding judgment in this matter. This request is supported with a motion set forth on a fill-in-the-blanks state court form which, because it is not accompanied with a brief in support detailing the property it seeks to seize, is not in compliance with Eastern District of Michigan Local Rule 7.1(b). Accordingly,

    IT IS ORDERED that Defendant's "Request to Seize Property" (ECF No. 45) is DENIED WITHOUT PREJUDICE.

                                                        s/Robert H. Cleland                /
                                                         ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 27, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                  /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\19-11543.LAURELSOFTHELAKE.RequestToSeize.AAB.docx